UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JEFFERY KING and MOSHE DWECK, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SMOOTH SAILING, INC. d/b/a DIRTY DON'S OYSTER BAR; DON E. CAUTHEN, individually; and JOHN DOES 1-10, individually,<br><br>   Defendants. | C/A: 4:17-CV-00309-RBH<br><br>**JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT** |

  Plaintiffs, through their undersigned counsel, and Defendants, through their undersigned counsel (Plaintiffs and Defendants jointly "Parties"), hereby jointly move this Court for approval of settlement of this action. Plaintiffs allege Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (hereafter "FLSA"), in particular, by violating § 207. Defendants deny any liability under the FLSA.

  There has been a vigorous dispute between the Parties as to the underlying facts and the applicable law in this matter. After considerable discussion and review, the Parties have agreed to a settlement. The Parties have agreed to keep the terms of the settlement agreement confidential and request that this Court approve their settlement.[1]

  The Parties will submit the specific terms of the confidential settlement to the Court for approval, but such terms are not contained in this Motion in an effort to preserve the confidential

---

[1] This procedure was followed and approved by this Court in the actions *Tyler McCoy, et al. v. RP, Inc., et al.*, Case No. 2:14-cv-3171-PMD; *Andrew W. Browder, et al. v. Peninsula Grill Associates, LLC*, Case No. 2:14-cv-4135-PMD ; and *Bret Herspold, et al. v. King Kong Sushi Bar & Grill, LLC*, Case No. 4:14-CV-03418-RBH.

nature of the Parties' agreement.

The Parties believe the settlement reached and agreed upon to be fair and reasonable. Based on the foregoing, the Parties hereby move for a Court Order approving the Settlement Agreement reached by the Parties.

We so move and consent this 6th day of December, 2017.

WE CONSENT:

| | |
|---|---|
| //s// Bruce E. Miller | //s// Benjamin A. Baroody |
| Bruce E. Miller (Fed ID # 3393) | Benjamin A. Baroody, Esq. |
| Bruce E. Miller, P.A. | BELLAMY, RUTENBERG, COPELAND, |
| 147 Wappoo Creek Drive, Suite 603 | EPPS, GRAVELY & BOWERS, P.A. |
| Charleston, SC  29412 | P.O. Box 357 |
| *ATTORNEYS FOR PLAINTIFFS* | Myrtle Beach, SC  29578-0357 |
| | *ATTORNEYS FOR DEFENDANTS* |