UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JEFFERY KING and MOSHE DWECK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMOOTH SAILING, INC. d/b/a DIRTY DON'S OYSTER BAR; DON E. CAUTHEN, individually; and JOHN DOES 1-10, individually,<br><br>Defendants. | C/A: 4:17-CV-00309-RBH<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiffs, Jeffery King and Moshe Dweck, on behalf of themselves and all others similarly situated, pursuant to FRCP 41, hereby dismiss, with prejudice, all claims that were asserted in this lawsuit or that could have been asserted in this lawsuit against Defendants Smooth Sailing, Inc. d/b/a Dirty Don's Oyster Bar; Don E. Cauthen, individually; and John Does 1-10, individually.

**WE SO STIPULATE**:

| | |
|---|---|
| s/Benjamin A. Baroody<br>Benjamin A. Baroody (Fed. Bar No. 9442)<br>BELLAMY, RUTENBERG, COPELAND, EPPS, GRAVELY & BOWERS, P.A.<br>P.O. Box 357<br>Myrtle Beach, SC 29578-0357<br>T: 843.448.2400<br>F: 843.448.3022<br>bbaroody@bellamylaw.com<br>**ATTORNEY FOR DEFENDANTS** | Bruce E. Miller (Fed Bar No. 3393)<br>BRUCE E. MILLER, P.A.<br>147 Wappoo Creek Drive, Suite 603<br>Charleston, SC 29412<br>T: 843.579.7373<br>F: 843.614.6417<br>bmiller@brucemillerlaw.com<br>**ATTORNEY FOR PLAINTIFFS** |